UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY JUMP, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INS. CO.,<br><br>        Defendant. | Case No. 4:16-cv-04439-JSW<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the stipulation by and between the parties, through their respective attorneys of record, as follows:

1. Defendant Anthem Blue Cross Life and Health Insurance Company's time to answer or otherwise respond to Plaintiff's Third Amended Complaint is extended to (30) days from either (1) the Court's denial of Defendant's Motion for Leave to File Motion for Reconsideration of Issues 1-3 in Defendant's Motion to Dismiss Portions of Plaintiffs' Third Amended Complaint; or (2) the Court's order reconsidering its

prior ruling on the motion to dismiss the Third Amended Complaint as to the claims of Plaintiff Emily Jump, whichever is later.

Dated: December 20, 2018

_____
Hon. Jeffrey S. White, Judge
United States District Court