Lisa S. Kantor (SBN: 110678)
lkantor@kantorlaw.net
J. David Oswalt (SBN: 73439)
doswalt@kantorlaw.net
Elizabeth Hopkins (SBN: 324431)
ehopkins@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Kathryn M. Trepinski (SBN: 118378)
ktrepinski@trepinskilaw.com
LAW OFFICES OF KATHRYN M. TREPINSKI
A Law Corporation
8840 Wilshire Boulevard, Suite 333
Beverly Hills, California 90211
Telephone: (310) 201-0022
Facsimile: (310) 841-6872

Attorneys for Plaintiffs AURORA BAILEY and
EMILY JUMP, on behalf of themselves and all others
similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA BAILEY and EMILY JUMP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INS. CO. dba ANTHEM BLUE CROSS; BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS,<br><br>Defendant. | Case No. 4:16-cv-04439-JSW<br><br>**NOTICE OF ERRATA RE PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE: August 27, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jeffrey S. White<br>CTRM: Courtroom 5, 2nd Floor<br><br>Complaint filed: August 5, 2016<br>1st Am. Complaint Filed: June 19, 2017<br>2nd Am. Complaint Filed: January 25, 2018<br>3rd Am. Complaint Filed: May 23, 2018 |

# NOTICE OF ERRATA

Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement filed on July 15, 2021, inadvertently stated at page 1, line 15 that the amount of the set payment for continued treatment will be $5,000 when the correct amount is $5,500.

Dated: July 20, 2021

KANTOR & KANTOR, LLP

LAW OFFICES OF KATHRYN M. TREPINSKI

By: /s/ *Lisa S. Kantor*
     Lisa S. Kantor
Attorneys for Plaintiffs Aurora Bailey and Emily Jump, on behalf of themselves and all others similarly situated