MOLLY MORIARTY LANE (S.B.N. 149206)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
molly.lane@morganlewis.com

LISA R. WEDDLE (S.B.N. 259050)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Tel:   213.612.2500
Fax:   213.612.2501
lisa.weddle@morganlewis.com

Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AURORA BAILEY and EMILY JUMP, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br>   v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INS. CO. dba ANTHEM BLUE CROSS,<br><br>   Defendant. | Case No. 4:16-CV-04439-JSW<br><br>**STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, INCENTIVE AWARDS AND COSTS**<br><br>[Proposed] Order lodged herewith<br><br>Hearing Date:   May 20, 2022<br>Hearing Time:   9:00 a.m.<br><br>Judge:   Hon. Jeffrey S. White<br>Courtroom:   Courtroom 5, 2nd Floor |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 42995292.1

**STIPULATION RE: RESPONSE TO MTN. FOR AWARD OF ATTORNEYS' FEES**
Case No. 4:16-CV-04439-JSW

WHEREAS, Plaintiffs Aurora Bailey and Emily Jump, on behalf of themselves and all others similarly situated ("Plaintiffs"), filed their Motion for Award of Attorneys' Fees, Incentive Awards and Costs (the "Motion") on April 1, 2022 pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement and Payment to Class Representatives, dated August 27, 2021;

WHEREAS, the deadline for Defendant Anthem Blue Cross Life and Health Insurance Company ("Defendant") to respond to the Motion is April 15, 2022;

WHEREAS, on March 4, 2022, the Court continued the fairness hearing, previously set for May 6, 2021, to May 20, 2022;

WHEREAS, counsel for Defendant and Plaintiffs have agreed to continue Defendant's deadline to respond to Plaintiffs' Motion by one week to April 22, 2022, and to continue Plaintiffs' deadline to file their reply in support of the Motion by one additional week to May 6, 2022;

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, as follows:

1. Defendant shall file its opposition to Plaintiffs' Motion on or before April 22, 2022; and

2. Plaintiffs shall file their reply brief on or before May 6, 2022.


Dated: April 12, 2022				MORGAN, LEWIS & BOCKIUS LLP

						By   /s/ Molly Moriarty Lane
						    Molly Moriarty Lane, S.B.N. 149206
						    MORGAN LEWIS & BOCKIUS LLP
						    One Market, Spear Street Tower
						    San Francisco, California 94105-1126

						    *Attorneys for Defendant*
						    ANTHEM BLUE CROSS LIFE AND HEALTH
						    INSURANCE COMPANY

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND, SETTING BRIEFING SCHEDULE
Case No. 4:16-CV-04439-JSW

Dated: April 12, 2022                    KANTOR & KANTOR

By  /s/ Lisa S. Kantor
    Lisa S. Kantor, S.B.N. 110678
    KANTOR & KANTOR
    19839 Nordhoff Street
    Northridge, California 91234

*Attorneys for Plaintiffs*
AURORA BAILEY and EMILY JUMP, on behalf of themselves and others similarly situated

### FILER'S ATTESTATION

I, Molly Moriarty Lane, am the ECF User whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document and its content has been obtained by all signatories listed.

Dated: April 12, 2022                    /s/ Molly Moriarty Lane
                                                                                   Molly Moriarty Lane