1

2

3

4

5

6

7

8

9   UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   OAKLAND DIVISION

12

13   AURORA BAILEY and EMILY JUMP, on
behalf of themselves and all others similarly
14   situated,

15                    Plaintiffs,

          v.

16

ANTHEM BLUE CROSS LIFE AND
17   HEALTH INS. CO. dba ANTHEM BLUE
CROSS,

18

                    Defendant.

19

20

21

Case No. 4:16-CV-04439-JSW

**[PROPOSED] ORDER CONTINUING
DEFENDANT'S DEADLINE TO
RESPOND TO PLAINTIFFS' MOTION
FOR AWARD OF ATTORNEYS' FEES,
INCENTIVE AWARDS AND COSTS
AND SETTING BRIEFING SCHEDULE
REGARDING SAME**

Hearing Date:      May 20, 2022
Hearing Time:      9:00 a.m.

Judge:       Hon. Jeffrey S. White
Courtroom:  Courtroom 5, 2nd Floor

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

### [PROPOSED] ORDER

2      For good cause appearing, the Court hereby orders as follows:

3      1.      Defendant shall file its opposition to Plaintiffs' Motion on or before April 22,

4              2022; and

5      2.      Plaintiffs shall file their reply brief on or before May 6, 2022.

6

7      **IT IS SO ORDERED.**

8

9   Dated: _____

10                                      _____
                                        HONORABLE JEFFREY S. WHITE
                                        U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROPOSED] ORDER CONTINUING
DEADLINE TO RESPOND, SETTING
BRIEFING SCHEDULE
CASE NO. 4:16-CV-04439-JSW