Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AURORA BAILEY and EMILY JUMP, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INS. CO. dba ANTHEM BLUE CROSS,<br><br>        Defendant. | Case No. 4:16-CV-04439-JSW<br><br>**[PROPOSED] ORDER CONTINUING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, INCENTIVE AWARDS AND COSTS AND SETTING BRIEFING SCHEDULE REGARDING SAME**<br><br>Hearing Date:   May 20, 2022<br>Hearing Time:   9:00 a.m.<br><br>Judge:   Hon. Jeffrey S. White<br>Courtroom:   Courtroom 5, 2nd Floor |

# [~~PROPOSED~~] ORDER

For good cause appearing, the Court hereby orders as follows:

1. Defendant shall file its opposition to Plaintiffs' Motion on or before April 22, 2022; and

2. Plaintiffs shall file their reply brief on or before May 6, 2022.

**IT IS SO ORDERED.**

Dated: April 12, 2022

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE